IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA La RIVA; <br> CLAIRE COOK; <br> NICOLE ROUSSELL; <br> SEAN BLACKMON, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA <br> BOARD OF ELECTIONS, <br><br> Defendant. | Civil Action No.: 1:20-cv-1937-RDM |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of July 27, 2020, the Parties submit this joint status report. The Court held a telephonic Status Conference in this case on July 27, 2020. At the conclusion of that Status Conference, the Court set a briefing schedule on the Motion for Preliminary Injunction filed by the Plaintiffs [ECF #9]. The schedule provides for the Defendant to file its response to the Motion for Preliminary Injunction by July 31, 2020, and for the Plaintiffs to file their reply by August 3, 2020.

The Parties now report the following to the Court:

1. On July 28, 2020, the D.C. Council unanimously passed an emergency bill changing the signature-gathering requirement for Presidential candidates from one percent of registered District voters to 250 valid signatures for the November 2020 election. *See* https://lims.dccouncil.us/downloads/LIMS/45462/Other/B23-0864-ANS_General_Election_Preparations_Emergency_Amendment_Act_of_2020.pdf; D.C. Code §1-1001.08(f).

2. The bill is now before Mayor Muriel Bowser for her consideration. If and when the Mayor signs the emergency bill it will have the force of law, providing the relief sought in this lawsuit and resolving the case. The time frame for this process is not yet known.

3. Attached to this status report as Exhibit 1 is a Declaration from Alice P. Miller, Executive Director for the District of Columbia Board of Elections. Ms. Miller attests that the ballots for the November 3, 2020 general election must be printed by September 11, 2020. Ms. Miller further attests that if the emergency bill is signed into law by that date, and if Ms. La Riva files a ballot access petition by August 5, 2020 with at least 250 valid signatures and that meets all other requirements for placement on the ballot, her name will be placed on the November 3, 2020 D.C. general election ballot for United States President.

4. The parties will closely monitor any action taken by the Mayor on the emergency bill and will report to the Court when action on it has been taken by the Mayor.

Based on the foregoing, the Parties respectfully request that the Court modify the briefing schedule to extend the date by which the Defendant is to file its response to the Motion for Preliminary Injunction from July 31, 2020 to August 14, 2020. The Parties further request that the Court extend the date for Plaintiffs to file their reply from August 3, 2020 to August 18, 2020.

| | |
|---|---|
| Dated: July 30, 2020. | Respectfully submitted, |
| /s/ David I. Schoen (D.C. Bar No. 391408) Counsel for Plaintiffs | KARL A. RACINE Attorney General for the District of Columbia |
| David I. Schoen Attorney at Law 2800 Zelda Road, Suite 100-6 | TONI MICHELLE JACKSON Deputy Attorney General Public Interest Division |

Montgomery, Alabama 36106
Telephone:  334-395-6611
Facsimile: 917-591-7586
E-Mail: Dschoen593@aol.com

*Counsel for Plaintiffs*

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Micah Bluming
MICAH BLUMING [1618961]
SHANI C. BROWN [1617726]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-7272
(202) 741-1833 (fax)
micah.bluming@dc.gov
shani.brown@dc.gov

*Counsel for Defendant*