### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA LA RIVA,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA** <br> **BOARD OF ELECTIONS,** <br><br> Defendant. | Civil Action No. 20-1937 (RDM) |

### DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant District of Columbia Board of Elections (BOE or the District) submits this Consent Motion for an Extension of Time to Respond to Plaintiffs' Complaint. The District's response is due August 11, 2020, and the District seeks an extension until September 1, 2020.

Plaintiffs filed this lawsuit on July 17, 2020 [1]. On July 24, 2020, plaintiffs moved for a preliminary injunction [9], seeking a declaration that the District's signature-gathering requirement for third-party Presidential candidates is unconstitutional, and an injunction prohibiting the District from enforcing the requirement for the November 2020 election. The District's response to the motion is due August 14, 2020, and plaintiffs' reply is due August 18, 2020.

At the time plaintiffs filed suit, third-party Presidential candidates were required to submit signatures from one percent of registered District voters (totaling 4,967) in order to appear on the general election ballot. On July 28, 2020, the D.C.

Council passed emergency legislation reducing the number of required signatures to 250. *See* Open Polling Places Emergency Amendment Act of 2020 and ANS General Election Preparations Emergency Amendment Act of 2020 (Emergency Act), available at https://lims.dccouncil.us/downloads/LIMS/45462/Other/B23-0864-ANS_General_Election_Preparations_Emergency_Amendment_Act_of_2020.pdf (last accessed August 6, 2020). That legislation has been transmitted to the Mayor for review and will be enacted into law if the Mayor signs it by August 17, 2020. *See* Council of the District of Columbia LIMS Database, B23-0864 – Open Polling Places Emergency Amendment Act of 2020, available at https://lims.dccouncil.us/Legislation/B23-0864 (last accessed August 6, 2020). The Parties agree that if signed into law, the Emergency Act would resolve this case. *See* July 30, 2020 Joint Status Report at 2.

The D.C. Council's pending legislation, combined with plaintiffs' pending motion for a preliminary injunction, warrant an extension of time to respond to the Complaint, which may not be necessary if this case is resolved. *See* Fed. R. Civ. P. 6(b)(1). No other deadlines or Court dates will be affected by this extension, and no party will suffer prejudice, as plaintiffs consent to the relief. A supporting memorandum of points and authorities and a proposed order are attached.

As provided under Local Rule 7(m), undersigned counsel discussed this matter with plaintiffs' counsel, and plaintiffs consent to the requested extension.

Dated:  August 6, 2020.          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

2

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
SHANI C. BROWN [1617726]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
shani.brown@dc.gov

*Counsel for Defendants*