IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA La RIVA;<br>CLAIRE COOK;<br>NICOLE ROUSSELL;<br>SEAN BLACKMON,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>BOARD OF ELECTIONS,<br><br>    Defendant. | Civil Action No.: 1:20-cv-1937-RDM |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pending before this Court are (1) Plaintiffs' Complaint, seeking declaratory and injunctive relief for the alleged violation of the Plaintiffs' First and Fifth Amendment rights under the United States Constitution, arising from a provision of the District of Columbia's general election law that regulates ballot access for minor party candidates for the office of United States President [ECF #2] and (2) a Motion for Preliminary Injunction seeking immediate relief concerning the same [ECF #9].

No Answer or motion for summary judgment has been filed by the Defendant. Instead, the Defendant responded to this lawsuit by duly passing legislation that provided Plaintiffs with all of the substantive requested relief.

Accordingly, Plaintiffs now give notice, pursuant to Rule 41(a)(1)(A)(i), of the Federal Rules of Civil Procedure, that they voluntary dismiss the above-captioned action. Plaintiffs express their gratitude to the Court for its immediate attention to the Motion for Preliminary Injunction and to opposing counsel for working together to expeditiously and appropriately resolve this matter in the best interests of all parties and the public.

Respectfully Submitted.

_____
/s/ David I. Schoen
Counsel for Plaintiffs
(D.C. Bar No. 391408)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing Notice to be served on all counsel of record by filing the same through this Court's ECF system on this 18th day of August, 2020.

/s/ David I. Schoen<br>
Counsel for Plaintiffs<br>
(D.C. Bar No. 391408)

David I. Schoen  
Attorney at Law  
2800 Zelda Road, Suite 100-6  
Montgomery, Alabama 36106  
Telephone:  334-395-6611  
Facsimile: 917-591-7586  
E-Mail: Dschoen593@aol.com  
        Schoenlawfirm@gmail.com